UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                      Plaintiffs,        Index No.:

                                                                        **RULE 7.1**

   -against-

GARFIELD PAINTING & DESIGN, INC.,

                      Defendant.
-------------------------------------------------------------------x

08 CIV. 6583

JUDGE ROBINSON

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: July 22, 2008

                                                        Dana L. Henke, Esq. (DLH3025)