UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND            Civil Action No. 08-CV-6583
ANNUITY FUNDS,

    Plaintiffs,
                                             STIPULATION TO
v.                                                                                         EXTEND DEFENDANT'S
                                             TIME TO ANSWER
GARFIELD PAINTING & DESIGN, INC.,                  OR OTHERWISE MOVE

    Defendant.
----------------------------------------------------------X

    IT IS HEREBY STIPLATED AND AGREED, by and between counsel for the

parties herein that Defendant's, GARFIELD PAINTING & DESIGN, INC., time to

answer or otherwise move in this action shall be extended to September 18, 2008.

    A facsimile copy shall be deemed an original.

Dated: August 18, 2008
        Lake Success, New York

For the Plaintiffs:                                    For the Defendant:
BARNES, IACCARINO, VIRGINIA,      MILMAN LABUDA LAW GROUP PLLC
AMBINDER & SHEPHERD, PPLC

By: *Dana L. Henke*                            By: *[signature]*
Dana L. Henke, Esq.                             Adam C. Weiss, Esq.
258 Saw Mill River Road                      3000 Marcus Avenue, Ste. 3W3
Elmsford, New York 10523                 Lake Success, New York 11042
(914) 592-1515                                       (516) 328-8899

SO ORDERED:

_____
              U.S.D.J

TOTAL P.02